# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY KLINE, | : | Civil No. 4:19-CV-01346 |
| Plaintiff, | : | |
| v. | : | Judge Jennifer P. Wilson |
| ANDREW SAUL,<br>Commissioner of Social Security, | : | |
| Defendant. | : | Magistrate Judge William I. Arbuckle |

## ORDER

**AND NOW**, on this 28th day of October, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The report and recommendation issued by United States Magistrate Judge William I. Arbuckle (Doc. 17) is **ADOPTED IN ITS ENTIRETY**.

2. Plaintiff's objections to the report and recommendation (Doc. 18) are **OVERRULED**.

3. The decision by the Commissioner of Social Security to deny benefits to Plaintiff is **AFFIRMED**.

4. The Clerk of Court is directed to enter judgment in favor of the Commissioner and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
